# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMEER R. MUHAMMAD,<br><br>    Plaintiff<br><br>v.<br><br>JAMES MILTON SKOMSVOLD; HERTZ VEHICLES, LLC; and LYFT, INC.,<br><br>    Defendants | Case No.: 2:21-cv-01536-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant James Skomsvold's response to the order to show cause (ECF No. 11),

I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not remand this action for lack of subject matter jurisdiction.

DATED this 10th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE