Louis E. Garfinkel, Esq.
Nevada Bar No. 13416
Jon J. Carlston, Esq.
Nevada Bar No. 10869
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
lgarfinkel@rsnvlaw.com
jcarlston@rsnvlaw.com
Attorneys for Defendant
LYFT INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMEER R. MUHAMMAD, individually, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MILTON SKOMSVOLD, individually, HERTZ VEHICLES, LLC, a foreign limited liability company; LYFT INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20; <br><br> Defendants. | Case No.: 2:21-cv-01536-APG-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT LYFT INC.'S MOTION TO DISMISS PLAINTIFF'S FOURTH CAUSE OF ACTION** <br> **(FIRST REQUEST)** |

It is stipulated by and between Defendant LYFT INC. ("Defendant Lyft"), and Plaintiff AMEER R. MUHAMMAD ("Plaintiff"), through their undersigned counsel, as follows:

1. On August 26, 2021, Lyft filed a "Motion to Dismiss Plaintiff's Fourth Cause of Action" [ECF No. 7].

2. On September 9, 2021, Plaintiff filed its "Response to Defendant Lyft Inc.'s Motion to Dismiss Plaintiff's Fourth Cause of Action" [ECF No. 10].

3. Defendant Lyft's Reply is currently due on or before September 16, 2021.

4. Defendant Lyft is seeking an eight (8) day extension such that its Reply will be due on or before September 24, 2021.

///

5.  This extension is sought in light of the Yom Kippur Jewish Holiday observed on September 15-16. This is the first extension requested by Defendant Lyft.

DATED this 14th day of September, 2021.          DATED this 14th day of September, 2021.

PRINCE LAW GROUP                                  REISMAN SOROKAC

BY: ___/s/ Angela M. Lee_____               BY: ___/s/ Louis E. Garfinkel_____
    Dennis M. Prince, Esq.                            Louis E. Garfinkel, Esq.
    Nevada Bar No. 5092                               Nevada Bar No. 3416
    Angela M. Lee, Esq.                               Jon J. Carlston, Esq.
    Nevada Bar No. 14905                              Nevada Bar No. 10869
    10801 W. Charleston Blvd., Suite 560              8965 S. Eastern Avenue, Suite 382
    Las Vegas, NV 89135                               Las Vegas, NV 89123
    Tel.: (702) 534-7600                              Telephone: (702) 727-6258
    dprince@thedplg.com                               lgarfinkel@rsnvlaw.com
    alee@thedplg.com                                  jcarlston@rsnvlaw.com
    Attorney for Plaintiff                            Attorneys for Defendant
    AMEER R. MUHAMMAD                                 LYFT, INC.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 16, 2021