Louis E. Garfinkel, Esq.
Nevada Bar No. 13416
Jon J. Carlston, Esq.
Nevada Bar No. 10869
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
~~lgarfinkel@rsnvlaw.com~~
jcarlston@rsnvlaw.com
Attorneys for Defendant
LYFT INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMEER R. MUHAMMAD, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MILTON SKOMSVOLD, individually, HERTZ VEHICLES, LLC, a foreign limited liability company; LYFT INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20;<br><br>Defendants. | Case No.: 2:21-cv-01536-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT LYFT INC. TO FILE ITS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(FIRST REQUEST)** |

It is stipulated by and between Defendant LYFT INC. ("Defendant LYFT"), and Plaintiff AMEER R. MUHAMMAD ("Plaintiff"), through their undersigned counsel, as follows:

1. On November 15, 2021, Plaintiff filed a First Amended Complaint [ECF No. 34].

2. Defendant LYFT's Answer to Plaintiff's First Amended Complaint is currently due on or before November 29, 2021.

3. Defendant LYFT is seeking a seven (7) day extension such that its Answer to Plaintiff's First Amended Complaint will be due on or before December 6, 2021.

///

///

///

///

///

4. This extension is sought due to the Thanksgiving holiday observed on November 25-26, and associated travel plans.

5. This is the first extension requested by Defendant LYFT.

DATED this 22nd day of November, 2021.                    DATED this 22nd day of November, 2021.

   PRINCE LAW GROUP                                         REISMAN SOROKAC

        /s/ Corrine P. Murphy                                      /s/ Louis E Garfinkel
BY: _____            BY: _____
   Dennis M. Prince, Esq.                                    Louis E. Garfinkel, Esq.
   Nevada Bar No. 5092                                       Nevada Bar No. 3416
   Corrine P. Murphy, Esq.                                   Jon J. Carlston, Esq.
   Nevada Bar No. 10410                                      Nevada Bar No. 10869
   Angela M. Lee, Esq.                                       8965 S. Eastern Avenue, Suite 382
   Nevada Bar No. 14905                                      Las Vegas, NV 89123
   10801 W. Charleston Blvd., Suite 560                      Telephone: (702) 727-6258
   Las Vegas, NV 89135                                       lgarfinkel@rsnvlaw.com
   Tel.: (702) 534-7600                                      jcarlston@rsnvlaw.com
   dprince@thedplg.com                                       Attorneys for Defendant
   cmurphy@thedplg.com                                       LYFT, INC.
   alee@thedplg.com
   Attorney for Plaintiff
   AMEER R. MUHAMMAD

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 23, 2021