**SUBT**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM**
400 South 7th Street, #400
Las Vegas, Nevada 89101
Telephone:   (702) 776-3333
Facsimile:   (702) 505-9787
E-Mail:   service@the702firm.com
-and-
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
**GOLIGHTLY & ASSOCIATES**
8560 S. Eastern Ave, Suite 240
Las Vegas, NV 89123
Tel: 702.222.3333
Fax: 702.598.1931
Email:   admin@chadgolightly.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMEER R. MUHAMMAD, individually;<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MILTON SKOMSVOLD, individually; HERTZ VEHICLES, LLC, a foreign limited liability company; THE HERTZ CORPORATION, a foreign corporation; LYFT INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20;<br><br>Defendants. | Case No.: 2:21-cv-01536-APG-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

I, AMEER R. MUHAMMAD, hereby consent to substitute MICHAEL C. KANE, ESQ. and BRADLEY J. MYERS, ESQ., of the THE702FIRM as my attorneys of record in place of DENNIS M. PRINCE, ESQ. of PRINCE LAW GROUP, in the above-entitled matter.

///

DATED this 4 day of January, 2022.

**AMEER R. MUHAMMAD, Plaintiff**

I, MICHAEL C. KANE, ESQ., on behalf of THE702FIRM hereby consent to being substituted as attorney of records in the place and instead of DENNIS M. PRINCE, ESQ. of PRINCE LAW GROUP in the above-entitled matter.

DATED this 4 day of January, 2022.

**THE702FIRM**

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
400 South 7th Street #400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

I, DENNIS M. PRINCE, ESQ. of PRINCE LAW GROUP hereby consent to being substituted as attorney of record in the above-entitled matter.

DATED this 4 day of January, 2022.

**PRINCE LAW GROUP**

DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Dated: January 4, 2022