1 **RESNICK & LOUIS, P.C.**
Troy A. Clark, Esq., SBN: 11361
2 Najum Anwar, Esq., SBN: 15494
tclark@rlattorneys.com
3 nanwar@rlattorneys.com
8925 W. Russell Road, Suite 220
4 Las Vegas, NV 89148
5 Telephone: (702) 997-3800
Facsimile: (702) 997-3800
6 *Attorneys for Defendants,*
*Hertz Vehicles, LLC*
7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10

| | |
|---|---|
| AMEER R. MUHAMMAD, individually, | CASE NO.: 2:21-cv-1536 |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| JAMES MILTON SKOMSVOLD, individually, HERTZ VEHICLES, LLC, a foreign limited liability company; LYFT INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court dismiss Hertz Vehicles LLC and Hertz Corporation from this action without prejudice. The parties agree that should the Court

///
///
///
///
///
///

1

approve this stipulation, each side shall bear its own attorney's fees and costs.

| DATED this 18th day of January, 2022. | DATED this 14th day of January, 2022. |
|---|---|
| **RESNICK & LOUIS, P.C.** | **702 FIRM** |
| /s/ Troy A. Clark | /s/ Mike C. Kane |
| TROY A.CLARK, ESQ.<br>Nevada Bar No. 11361<br>Attorneys for Defendants<br>HERTZ VEHICLES, LLC | Michael C. Kane, Esq.<br>Nevada Bar No. 10096<br>Attorney for Plaintiff<br>AMEER R. MUHAMMAD |

## ORDER

The Court having reviewed the joint stipulation for dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the stipulation is approved. This civil action against Hertz Vehicles LLC and Hertz Corporation LLC is hereby dismissed without prejudice.  Each party to bear its own attorney's fees and costs.

Dated: January 19, 2022.

_____
U. S. DISTRICT JUDGE