Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
jreisman@rsnvlaw.com
lgarfinkel@rsnvlaw.com
jhagins@rsnvlaw.com
Attorneys for Defendant
LYFT INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMEER R. MUHAMMAD, individually;<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MILTON SKOMSVOLD, individually; LYFT INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20;<br><br>Defendants. | Case No.: 2:21-cv-01536-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE LYFT'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Ameer R. Muhammad ("Muhammad"), Defendant James Milton Skomsvold ("Skomsvold"), and Defendant Lyft, Inc. ("Lyft") (Muhammad, Skomsvold, and Lyft, collectively, the "Parties"), hereby stipulate and agree, by and through their undersigned attorneys, that Lyft's time to file its Reply in Support of Lyft's Motion for Partial Summary Judgment (the "Reply") be extended from June 13, 2023, to June 20, 2023. Lyft's Motion for Partial Summary Judgment (ECF 65) was filed on May 15, 2023.

This is the first stipulation for extension of time to file Lyft's Reply.

///

///

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756

Case No.: 2:21-cv-01536-APG-EJY

Good cause for this extension exists because Lyft's counsel will be on parental leave.

Dated this 2nd day of June, 2023

**REISMAN SOROKAC**

*/s/ Louis E. Garfinkel, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No, 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone:  702-727-6258
*Attorneys for Defendant*
*Lyft Inc.*

Dated this 2nd day of June, 2023

**HALL, JAFFE & CLAYTON, LLP**

*/s/ Michael D. Maupin, Esq.*
Michael R. Hall, Esq.
Nevada Bar No. 5978
Michael D. Maupin, Esq.
Nevada Bar No. 13721
7425 Peak Drive
Las Vegas, Nevada 89128
Telephone:  702-316-4111
*Attorneys for Defendant*
*James Milton Skomsvold*

Dated this 2nd day of June, 2023

**THE702FIRM INJURY ATTORNEYS**

*/s/ Nicholas J. Dion, Esq.*
Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Nicholas J. Dion, Esq.
Nevada Bar No. 16071
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:  702-776-3333
*Attorneys for Plaintiff*
*Ameer R. Muhammad*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 6, 2023 _____

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756

2

Case No.: 2:21-cv-01536-APG-EJY

*Respectfully submitted by*:

**REISMAN SOROKAC**

*/s/ Louis E. Garfinkel, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No, 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone:  702-727-6258
*Attorneys for Defendant*
*Lyft Inc.*

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 4466756

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3