1  MICHAEL R. HALL, ESQ.
   Nevada Bar No. 5978
2  mhall@lawhjc.com
   MICHAEL D. MAUPIN , ESQ.
3  Nevada Bar No. 13721
   mmaupin@lawhjc.com
4
       **HALL JAFFE & CLAYTON, LLP**
5            7425 Peak Drive
           Las Vegas, Nevada 89128
6              (702) 316-4111
             Fax (702) 316-4114
7
   *Attorneys for Defendant*
8  *JAMES MILTON SKOMSVOLD*

9
                  **UNITED STATES DISTRICT COURT**
10
                       **DISTRICT OF NEVADA**
11

12 | AMEER R. MUHAMMAD, individually, | CASE NO. 2:21-cv-1536-APG-EJY |
13 |           Plaintiff,             |                               |
14 | v.                               | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
15 | JAMES MILTON SKOMSVOLD, individually; HERTZ VEHICLES, LLC, a foreign limited liability company; THE HERTZ CORPORATION, a foreign corporation; LYFT, INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20; | |
19 |           Defendant.             |                               |

21  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

22      PLEASE TAKE NOTICE that Jonathan A. Rich, Esq. is no longer associated with the

23  law firm of Hall Jaffe & Clayton, LLP. The undersigned requests that he be removed from the

24  service list.  Hall Jaffe & Clayton, LLP continues to serve as counsel for James Milton

25  Skomsvold in this action.

26  / / /

27  / / /

28  / / /

                                      1

All items, including but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Michael R. Hall, Esq. and Michael D. Maupin, Esq.

DATED this 19th day of June, 2023.

HALL JAFFE & CLAYTON, LLP

By: /s/ *Michael R. Hall, Esq.*
    MICHAEL R. HALL, ESQ.
    Nevada Bar No. 5978
    MICHAEL D. MAUPIN , ESQ.
    Nevada Bar No. 13721
    7425 Peak Drive
    Las Vegas, Nevada 89128
    *Attorneys for Defendant*
    *JAMES MILTON SKOMSVOLD*

**ORDER**

IT IS SO ORDERED.

Date:  June 20, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2