Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
jreisman@rsnvlaw.com
lgarfinkel@rsnvlaw.com
jhagins@rsnvlaw.com
Attorneys for Defendant
LYFT INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMEER R. MUHAMMAD, individually;<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MILTON SKOMSVOLD, individually; LYFT INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20;<br><br>Defendants. | Case No.: 2:21-cv-01536-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY FILING OF JOINT PRE-TRIAL ORDER PENDING COMPLETION OF MEDIATION**<br>**(FIRST REQUEST)** |

The parties, through their undersigned counsel, stipulate and agree as follows:

1. On March 31, 2023, the Court entered its Order To Extend Discovery Deadlines (the "Order") (Docket No. 64).

2. Pursuant to the Order, the date for the filing of the Joint Pre-Trial Order was continued to August 11, 2023, but the deadline was suspended if a dispositive motion was filed.

3. On May 15, 2023, Defendant Lyft, Inc. filed its Motion for Partial Summary Judgment (Docket No. 65).

4. On January 18, 2024, the Court entered its Order Denying Lyft, Inc.'s Motion for Partial Summary Judgment (Docket No. 75).

5. The Joint Pre-trial Order is currently due by February 17, 2024.

6. The parties have scheduled a mediation on February 26, 2024, at Advanced Resolution Management with David Jones (Ret).

7. In order to save time and expense, the parties agree to stay the filing of the Joint Pre-trial Order forty-five (45) days from the completion of the mediation or by April 11, 2024.

8. If the case settles before April 11, 2024, the parties will file a notice of settlement with the Court.

DATED this 5th day of February 2024.                    DATED this 5th day of February 2024.

THE702FIRM                                                         HALL, JAFFE & CLAYTON, LLP

*/s/ Michael C. Kane, Esq.*                                        */s/ Michael D. Maupin, Esq.*
MICHAEL C. KANE, ESQ.                                              MICHAEL R. HALL, ESQ.
Nevada Bar No. 10096                                               Nevada Bar No. 5978
BRADLEY J. MEYERS, ESQ.                                            MICHAEL D. MAUPIN, ESQ.
Nevada Bar No. 8857                                                Nevada Bar No. 13721
8335 W Flamingo Rd                                                 7425 Peak Drive
Las Vegas, NV 89147                                                Las Vegas, NV 89128
*Attorneys for Plaintiff*                                          *Attorneys for Defendant*
*Ameer R. Muhammad*                                                *James Milton Skomsvold*

DATED this 5th day of February 2024.

REISMAN SOROKAC                                                    IT IS SO ORDERED.

*/s/ Louis Garfinkel, Esq.*
LOUIS GARFINKEL, ESQ.
Nevada Bar No. 3416                                                U.S. MAGISTRATE JUDGE
JODY HAGINS, ESQ.
Nevada Bar No. 11983
8965 S. Eastern Ave., Suite 382                                    DATED: February 6, 2024
Las Vegas, NV 89123
*Attorneys for Defendant Lyft, Inc.*

2