Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
REISMAN·SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
jreisman@rsnvlaw.com
lgarfinkel@rsnvlaw.com
jhagins@rsnvlaw.com
Attorneys for Defendant
LYFT INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMEER R. MUHAMMAD, individually;<br><br>Plaintiff,<br>vs.<br><br>JAMES MILTON SKOMSVOLD, individually; LYFT INC., a foreign corporation; DOES 1 through 10; ROE BUSINESS ENTITIES 11 through 20;<br><br>Defendants. | Case No.: 2:21-cv-01536-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

///

///

///

///

///

///

///

The parties, by and through their undersigned counsel, and in accordance with LR IA 6-2, and LR 7-1, hereby stipulate and agree that this litigation be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 2nd day of April 2024.

THE702FIRM

*/s/Michael C. Kane, Esq.*
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MEYERS, ESQ.
Nevada Bar No. 8857
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: 702-776-3333
*Attorneys for Plaintiff*
*Ameer R. Muhammad*

DATED this 1st day of April 2024.

HALL JAFFE, LLP

*/s/ Michael D. Maupin, Esq.*
MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
MICHAEL D. MAUPIN, ESQ.
Nevada Bar No. 13721
7425 Peak Drive
Las Vegas, Nevada 89128
Telephone: 702-316-4111
*Attorneys for Defendant*
*James Milton Skomsvold*

DATED this 1st day of April 2024.

REISMAN SOROKAC

*/s/Louis E. Garfinkel, Esq.*
LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
JODY W. HAGINS, ESQ.
Nevada Bar No. 11983
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: 702-727-6258
*Attorneys for Defendant*
*Lyft, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 4, 2024